# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALAN A. MAY, Conservator
of the estate of CAROLYN HEGGS,

    Plaintiff,

v.                                        Case No. 08-15263
                                           Hon. Lawrence P. Zatkoff

JP MORGAN CHASE & CO.,

    Defendant.

_____/

## **JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's order dated September 8, 2010, Plaintiff's action is DISMISSED.

    Dated at Port Huron, Michigan, this 8th day of September, 2010.


                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                  BY:    S/Marie E. Verlinde


APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE